## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HIPPOLITO ORTIZ,<br><br>Plaintiff,<br><br>vs.<br><br><br>MIDLAND FUNDING, LLC,<br><br>Defendant. | Civil Action No. : 2:14-cv-05095-JD |

### NOTICE OF DISMISSAL

TO: The Clerk of Court:

Kindly mark the above captioned matter as dismissed with prejudice.

Respectfully submitted,

By:   /s/ Fred Davis
        PA Atty ID No.:93907
        Davis Consumer Law Firm
        Attorneys for Plaintiff
        500 Office Ctr. Dr-Suite 400
        Ft. Washington, PA      19034
        (t)1-855-432-8475 (f)1-855-435-9294
DATED: September 24, 2014   *Email-fdavis@usacreditlawyer.com*

APPROVED:

_DuBois, JAN E., J._
9/26/14